UNITED STATES of America,
Plaintiff—Appellee,

v.

Maria Elena LANDA DE GONZALEZ,
Defendant—Appellant.

No. 01–50110.

D.C. No. CR–00–0766–NMM.

United States Court of Appeals,
Ninth Circuit.

Submitted June 10, 2002.*

Decided June 19, 2002.

Before RYMER, T.G. NELSON and
THOMAS, Circuit Judges.

MEMORANDUM**

Maria Landa de Gonzalez appeals her guilty plea conviction and 80–month sentence imposed for being an illegal alien found in the United States following deportation in violation of 8 U.S.C. § 1326. Her attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a motion to withdraw as counsel of record. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no issue for appeal.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Accordingly, we **GRANT** the motion to withdraw as counsel of record for appellant and the district court's judgment is

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.